BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ARC INFLATORS PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 3051 |

**ATTACHMENT TO NOTICE OF APPEARANCE**

**List of Parties Represented in *Jophlin, et al. v. ARC Automotive, Inc., et al.* D. South Carolina, Charleston Division, Case No. 2:22-cv-02507-BHH**

| |
|---|
| Defendant Hyundai Motor America, Inc. |
| Defendant Kia America, Inc. |