**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ARC INFLATORS PRODUCTS LIABILITY LITIGATION** | **MDL NO. 3051** |

**DECLARATION OF NIALL P. McCARTHY IN SUPPORT OF THE *BRITTON* PLAINTIFFS' OPPOSITION TO MOTION FOR TRANSFER OF ACTIONS TO THE NORTHERN DISTRICT OF GEORGIA FOR CONSOLIDATION PURSUANT TO 28 U.S.C. §1407**

I, NIALL P. McCARTHY, declare and state that:

1. I am an attorney duly licensed to practice law in California and admitted to practice in this Court. I am an attorney with Cotchett, Pitre & McCarthy, LLP, counsel for the *Britton* Plaintiffs and the Proposed Classes in the first-filed action, *Britton, et al., v. ARC Auto., Inc., et al.*, No. 3:22-cv-03053-TLT (N.D. Cal. May 24, 2022) ("*Britton* Action"). The matters described herein are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto. I make this declaration pursuant to 28 U.S.C. § 1746.

2. I make this declaration in support of the *Britton* Plaintiffs' Opposition to Motion for Transfer of Actions to the Northern District of Georgia for Consolidation Pursuant to 28 U.S.C. §1407 submitted herewith.

3. Attached hereto as **Exhibit 1** is a true and correct Current Schedule of Actions in chronological order that provides, *inter alia*, the filing date of the actions and counsel for the Plaintiffs in the actions.

**I.    *Britton* Action**

4. The *Britton* Plaintiffs filed their Class Action Complaint on May 24, 2022 (ECF No. 1) and their First Amended Complaint on August 10, 2022 (ECF No. 84).

5. The *Britton* Action is the most comprehensive of the 12 actions. It includes:

    a.   The most named Plaintiffs (15 class representatives);

    b.   The most Defendants (13 OEM Defendants/six OEM Defendant groups and two Airbag Module Defendants);

    c.   The highest number and widest variety of affected vehicles (six vehicle makes and 10 vehicle models);

    d.   The most states (six states); and

    e.   The most causes of actions (multiple nationwide claims and multiple state claims for each of the six states).

6. Counsel for the *Britton* Plaintiffs have been investigating this case for years.

1

7. Counsel for the *Britton* Plaintiffs have retained industry and economic experts to support the facts set forth in their 84-page First Amended Complaint.

## II. Progress of the *Britton* Action

8. The *Britton* Plaintiffs have served all Defendants based in the United States at this time. The *Britton* Plaintiffs were in the process of moving the Northern District of California for an order authorizing alternative service on the four Germany-based Defendants when Movants initiated proceedings before this Panel.

9. The parties in the *Britton* Action submitted a Joint Case Management Statement on August 18, 2022 (ECF No. 95), and appeared before the Northern District of California for the Initial Case Management Conference on August 25, 2022 (ECF No. 110). At the Initial Case Management Conference, the Northern District of California set a Rule 12(b)(2) motion deadline of September 16, 2022 and a Rule 12(b)(6) motion deadline of October 31, 2022 (ECF No. 110).

## III. Discovery in the *Britton* Action

10. The discovery process has commenced in the *Britton* Action. The parties engaged in Rule 26(f) conferences on August 4, 2022 and on August 12, 2022.

11. The parties in the *Britton* Action submitted a Discovery Plan in connection with the Joint Case Management Statement on August 18, 2022 (ECF No. 95).

12. The *Britton* Plaintiffs served a document request on the National Highway Traffic Safety Administration (NHTSA) on August 18, 2022. NHTSA informed the *Britton* Plaintiffs that it is processing the request as a Freedom of Information Act (FOIA) request on September 7, 2022.

13. The *Britton* Plaintiffs served discovery on Defendants on August 26, 2022.

14. The *Britton* Plaintiffs provided a draft stipulated order regarding the discovery of electronically stored information to Defendants on July 15, 2022. Defendants provided the *Britton* Plaintiffs with a draft stipulated protective order on August 10, 2022; the *Britton* Plaintiffs provided their edits thereto on August 12, 2022. The parties were in the process of negotiating these stipulated orders before Movants initiated proceedings before this Panel.

15. The *Britton* Action and tag-along actions are based on economic losses in connection with Plaintiffs' purchase or lease of vehicles, which means that the bulk of discovery in this litigation will be conducted electronically.

**IV.     Tag-Along Actions**

16. Over two months after the *Britton* Plaintiffs filed their Class Action Complaint, the other plaintiffs began filing tag-along actions, including Movants.

17. All actions allege the Defective Inflators manufactured by ARC share a common, uniform defect. Specifically, they allege that the defect involved a faulty friction welding process. The *Britton* Action, unlike the other 11 actions filed after it, also alleges the defect involved the use of ammonium nitrate, a dangerous propellant chemical that can burn rapidly during unexpected pressure increases and cause over-pressurization during airbag deployment, and that the inflators lacked a pressure relief mechanism that could have mitigated the over-pressurization.

18. One law firm, Motley Rice LLC, filed six actions in four judicial districts, including three actions in the Northern District of Georgia and two actions in different districts in Tennessee. Motley Rice LLC represents Movants.

19. Another law firm, Lieff Cabraser Heimann & Bernstein, LLP, filed two tag-along actions in two judicial districts.

20. There are concurrently 12 actions filed in eight judicial districts. The actions taken together bring claims on behalf of 38 named Plaintiffs in 10 states against 21 Defendants in various states and countries.

21. Defendants are geographically dispersed throughout the United States and the globe. For example:

    a. Several Defendants are located overseas: Audi Aktiengesellschaft, Bayerische Motoren Werke Aktiengesellschaft, Dr. Ing. h.c. F. Porsche AG, and Volkswagen Aktiengesellschaft have their principal place of

3

        business in Germany, while Hyundai Motor Company and Kia Corporation have their principal place of business in South Korea;

   b.   Defendants Audi of America, LLC and Volkswagen Group of America, Inc. have their principal place of business in Virginia. Defendants Hyundai Motor America, Inc., Kia America, Inc., and Mobis Parts America, LLC have their principal place of business in California. Defendants Joyson and Toyoda Gosei have their principal place of business in Michigan. Defendant ARC has its principal place of business in Tennessee; and

   c.   Defendant ARC has manufacturing facilities across the world, including in Macedonia, China, and Mexico.

22.   No Defendant has its principal place of business, however, in Georgia or South Carolina, where Movants seek to transfer the actions.

23.   Defendants have not initiated any transfer activity in any action.

24.   The *Britton* Plaintiffs anticipate the filing of additional tag-along actions based on (1) their ongoing investigation, which suggests Defective Inflators were installed in 48 million to 51 million vehicles in the United States; and (2) the six tag-along actions filed since Movants initiated proceedings before the Panel.

25.   No party in any other tag-along action can argue that the district court has held an initial case management conference in that action or that the discovery process has commenced in that action.

## V.   California's Factual Connection to the Litigation

26.   The *Britton* Plaintiffs provide the following illustrative examples of California's factual connection to the litigation:

- There have been seven known ruptures of Defective Inflators in vehicles across North America. One rupture occurred in a 2016 Audi A3 vehicle in California. No rupture occurred in Georgia or South Carolina, where Movants seek to transfer the actions;

- Defendant ARC has consigned more than 2,500 shipments that arrived through California ports. These shipments contained airbag inflator components, including initiators (which ignite the propellant), metal parts, and propellant. As the consignee, ARC takes possession of the goods at the port of entry and arranges for their transport to ARC's facilities;

- Defendant Joyson has an office in Sunnyvale, California;

- Defendant Toyoda Gosei has an office in Cupertino, California;

- The Audi and VW Defendants have eight production plants in California, including an Electronics Research Lab & Design Center in Belmont; a Technical Center in Oxnard; and an Audi/Porsche/VW Training Center in Eastvale;

- The BMW Defendants have several facilities in California, including the BMW Group Engineering and Emission Test Center in Oxnard; the BMW Technology Office USA in Mountain View; the Designworks studio in Newbury Park; and the Regional Parts Distribution Center in Redlands;

- Defendant Ford's California office is in Palo Alto. Ford has at least three executive offices in California that contribute to the design and development of Ford vehicles;

- Defendant GM has 14 facilities, 203 authorized dealers, almost 500 employees, and over 300 suppliers in California alone. Among the GM facilities in California are the North Hollywood Design Center and the new Advanced Design Center; and

- The Porsche Defendants have a logistic complex for parts distribution in Ontario, California. They also have a Porsche Experience Center Los Angeles, a driving track that is the headquarter of Porsche Motorsport North America. Porsche ensures through design and compliance testing, that the vehicles comply with U.S. regulations and safety standards, including emissions standards set by the California Air Resource Board.

## VI. Illinois's Factual Connection to the Litigation

27. The *Britton* Plaintiffs provide the following illustrative examples of Illinois's factual connection to the litigation:

- The BMW Defendants operate the BMW Technology Corporation in Chicago; a regional distribution center in Minooka, Illinois that receives vehicles from BMW's manufacturing facilities, including those in Germany, and transports the vehicles throughout the United States; and a Central Region facility in Schaumburg, Illinois, that opened in 1979 and supports sales, aftersales, marketing, and finance for BMW vehicles in the central region of the United States. BMW has debuted vehicles at the Chicago Auto Show and has also sponsored multiple PGA golf tournaments in Illinois;

- Defendant Ford has operated its Chicago Assembly Plant since 1924. It also operates the Chicago Heights Stamping Plant and recently opened a materials handling plant in Chicago. A 2010 press sheet about Ford's connections to Chicago touted that it had 173 authorized dealerships in Illinois at the time and employed thousands of workers in Illinois;

- Defendant GM operates three facilities in Illinois, has sold more than 102,000 vehicles in Illinois through more than 200 authorized dealers, and works with over 250 suppliers that are based in Illinois. GM's Illinois facilities include a Chicago Parts Distribution Center in Bolingbrook and a Central Regional Office in Naperville that is responsible for financial services, sales, service, and marketing for the region; and

- Defendants Audi and VW have a subsidiary, VW Credit, Inc., in Libertyville, Illinois, that provides financial services, customer service, and IT services for VW and Audi authorized dealerships. There are multiple Volkswagen and Audi authorized dealerships in the Chicago area alone, which also explains why Audi formed a partnership with the Chicago Cubs to own the naming rights to the Audi Club at Wrigley Field. Finally, both Audi- and VW-branded vehicles have had their world debuts at the Chicago Auto Show.

### VII. Michigan's Factual Connection to the Litigation

28. The *Britton* Plaintiffs provide the following illustrative examples of Michigan's factual connection to the litigation:

- There have been two fatalities involving Defective Inflators in vehicles, one in the United States and one in Canada. One fatality caused by a rupture of a Defective Inflator in a 2015 Chevrolet Traverse occurred in Michigan; and

- Some Defendants have their principal place of business in Michigan (*e.g.*, Ford, GM, Joyson, Toyoda Gosei).

29. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of September 2022 in Burlingame, California.

/s/ Niall P. McCarthy
Niall P. McCarthy

*Counsel for Plaintiffs John Britton, Eva Jacinto, Celeste Felice, Glenda Dillon, Stephen Gearhart, Patricia Jones, Melissa Warren, Nicole Senkpeil, Eniko Gedo, Jeremy Young, Rhonda Hunt Muhammed, Kristen Luiz, Anthony Raspantini, Francine Lewis, and Matthew Kakol & the*

*Proposed Classes* in *Britton, et al., v. ARC Auto., Inc., et al.*, No. 3:22-cv-03053-TLT (N.D. Cal. May 24, 2022)